JOHN R. SOMMER (SBN 106355)
ATTORNEY-AT-LAW
17426 Daimler Street, Suite 200
Irvine, California 92614
(949) 752-5344, Fax: (949) 752-5439

Attorneys for Plaintiff
STUSSY, INC.

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STUSSY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BILL MICHAEL WU; FRESHINTL; <br><br> Defendants. | Case No.: SACV 09-01214 DOC (RNBx) <br><br> JUDGMENT |

IT IS HEREBY ORDERD, ADJUDGED AND DECREED that Plaintiff Stussy, Inc., have judgment against Defendant Bill Michael Wu as follow:

A. Defendant, and each of his agents, servants, employees, attorneys, successors and assigns, and all persons in active concert or participation with any of them, be permanently enjoined and restrained from:

1. Using the "Classy Like A Million Bucks" graphic or any graphic similar thereto;

2. Infringing any of Stussy's Marks or using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception;

3. Using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the

affiliation, origin, or association of Defendants or their goods with Stussy, or using any false designation of origin or false or misleading description or representation of fact;

   4. Manufacturing any goods that bear any of Stussy's Marks, alone or in combination with any other word(s) or device(s), or selling, offering for sale, distributing, advertising, or promoting any goods that bear any of Stussy's Mark, alone or in combination with any other word(s) or device(s);

   5. Using any words or symbols that so resemble any of Stussy's Mark as to be likely to cause confusion, mistake, or deception on or in connection with the manufacture, importation, sale, offering for sale, distribution, advertisement, or promotion of any product that is not authorized by or for Stussy;

   6. Diluting or infringing the rights of Stussy in and to the STUSSY Graffiti Logo, or any of Stussy's Marks or otherwise damaging Stussy's goodwill or business reputation;

   7. Making any false or misleading statements as hereinabove alleged or otherwise; or

   8. Otherwise competing unfairly with Stussy in any manner.

 B. Defendant shall immediately destroy Defendant's entire inventory of infringing and unauthorized products, packaging, and labeling.

 C. Defendant shall immediately recall from its direct and indirect customers all infringing products and all catalogs with photographs of the infringing items and delete the infringing graphic from its website.

 D. Defendant shall pay the amount agreed upon in the parties' settlement agreement.

/ / /

/ / /

/ / /

1  E. Each party shall bear its or his own attorney's fees and costs.
2  IT IS SO ORDERED.
3  Dated: November 25, 2009

*David O. Carter*
Hon. David O. Carter
U.S. District Judge

### CONSENT TO ENTRY OF JUDGMENT

The parties hereto hereby consent to entry of judgment above.

Dated: November 18, 2009          STUSSY, INC.

By: _____
      Vice President

Dated: November 18, 2009          BILL MICHAEL WU

By: _____
      Bill Michael Wu

Approved as to Form:
JOHN R. SOMMER
ATTORNEY-AT-LAW

_____
John R. Sommer
Attorneys for Plaintiff
STUSSY, INC.

GARY MASTIN
MASTIN LAW FIRM

_____
Gary Mastin
Attorneys for Defendant Bill Wu.